

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-24-00304-CV

**IN RE** John Joseph **ZAVALETA**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:       Rebeca C. Martinez, Chief Justice
                Beth Watkins, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: May 8, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On May 1, 2024, relator filed a petition for a writ of mandamus and an emergency motion to stay proceedings in the underlying matter. After considering the mandamus petition and record, the court concludes relator is not entitled to the relief sought.

Accordingly, relator's petition for writ of mandamus is **DENIED** and his emergency motion to stay is **DENIED** as moot. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Trial Court No. 2023-FLB-001621-C1, styled *In re Marriage of Analisa Saldaña*, pending in the County Court at Law Number 1, Webb County, Texas, the Honorable Hugo Martinez presiding.